**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**GERRY L. RANSON,**

***Plaintiff*,**

**v.** **Case No.: 4:21cv431-MW/MAF**

**NYKA OCCONNOR, et al.,**

***Defendants*.**
______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** as malicious and because Plaintiff is not entitled to proceed with a civil case unless he simultaneously submits the $402.00 filing fee." The Clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g) and

close the file.

**SO ORDERED on December 6, 2021.**

**s/Mark E. Walker**
**Chief United States District Judge**